**FILED**

AUG 2 0 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-115 |
| v. | INDICTMENT |
| ANTONIO LORENZO REESE, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about July 7, 2024, in the Southern District of Iowa, the defendant, ANTONIO LORENZO REESE, in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Walther, Model PPS, nine-millimeter pistol, with serial number AS5553. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, ANTONIO LORENZO REESE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, firearm parts, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: *KMHerrera*
Kristin M. Herrera
Assistant United States Attorney