AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
1:20 pm, Aug 20 2024

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Case No. 4:24-cr-115 |
| ANTONIO LORENZO REESE | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ANTONIO LORENZO REESE                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8)

Date:   08/20/2024

City and state:    Des Moines, Iowa

WARRANT ISSUED
JOHN S COURTER, Clerk
By: _____
DEPUTY CLERK

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/24, and the person was arrested on *(date)* 8/25/24
at *(city and state)* DES MOINES, IA.

Date: 8/26/24

*Arresting officer's signature*

BRANDEN BROWN, DUSM
*Printed name and title*